**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Kierra Cannon, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action No. 2:21-cv-1303 |
| | ) | |
| v. | ) | |
| | ) | |
| Melissa Adamson, | ) | |
| | ) | |
|     Defendant. | ) | |

**<u>NOTICE OF ADR SESSION</u>**

A Mediation session is scheduled in the above captioned matter for March 25, 2022 at 9:00 a.m.  The session will be held via Zoom videoconference.

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date:   February 28, 2022          /s/David B. White, Esquire       
                                      Signature of Neutral