IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kierra Cannon, | ) |
|     Plaintiff, | ) Civil Action No. 2:21-cv-1303 |
| v. | ) |
| Melissa Adamson, | ) |
|     Defendant. | ) |

**REPORT OF NEUTRAL**

An Mediation session was held in the above-captioned matter on March 31, 2022.

The case (please check one):

____X____ has resolved

_____ has resolved in part (see below)

_____ has not resolved.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____


Date:  April 1, 2022               /s/David B. White, Esquire_____
                                   Signature of Neutral